**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| WATERFLEET LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:25-cv-01090 |
| | ) | Hon. Jason Pulliam |
| v. | ) | Magistrate Judge Henry J. Bemporad |
| | ) | |
| CARIE L. VILLANO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFF WATERFLEET LLC'S RULE 7.1(a)(2) DISCLOSURE STATEMENT

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff WaterFleet, LLC ("WaterFleet") discloses the following:

1. WaterFleet is a limited liability company with only two (2) members.

2. WaterFleet's only two members are WaterFleet Acquisition Corp., a company incorporated under the laws of the State of Delaware with its principal place of business in New York and WaterFleet Holdings, Inc., a company incorporated under the laws of the State of Delaware with its principal place of business in New York.

3. Accordingly, WaterFleet Acquisition Corp., WaterFleet Holdings, Inc., and WaterFleet, LLC is each a citizen of New York and Delaware.

Dated: September 23, 2025

**WATERFLEET, LLC**

By: */s/ Courtney D. Tedrowe*
    Courtney D. Tedrowe,
    One of Its Attorneys

Courtney D. Tedrowe
Nathan W. Celestine
MICHAL BEST & FRIEDRICH, LLP
444 West Lake Street, Suite 3200
Chicago, IL 60606
312.596.5852
*cdtedrowe@michaelbest.com*
*nathan.celestine@michaelbest.com*

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 23, 2025, a true and correct copy of the foregoing ***Plaintiff WaterFleet LLC's Rule 7.1(a)(2) Disclosure Statement*** was filed with the Clerk of the Court using the CM/ECF NextGen filing system, which will notification of such filing to the following counsel of record:

**Trenton Lacy**
Kaplan Law Firm, PLLC
2901 Bee Cave Rd., Suite G
Austin, TX 78746
tlacy@kaplanlawatx.com

By: /s/ Nathan W. Celestine
Michal Best & Friedrich, LLP
444 West Lake Street, Suite 3200
Chicago, IL 60606
312.596.5852
nathan.celestine@michaelbest.com

894804\0002\41559763.v3