UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| WATERFLEET LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:25-cv-01090 |
| | ) | Hon. Jason Pulliam |
| v. | ) | Magistrate Judge Henry J. Bemporad |
| | ) | |
| CARIE L. VILLANO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF WATERFLEET LLC'S ADVISORY OF INTENT TO AMEND**

Pursuant to the Court's Standing Order in Civil Cases dated October 19, 2022, Plaintiff WaterFleet, LLC ("WaterFleet") hereby advises the Court of its intent to amend its original Complaint in this action.

Dated: September 26, 2025     **WATERFLEET, LLC**

By: */s/ Courtney D. Tedrowe*
     Courtney D. Tedrowe,
     One of Its Attorneys

Courtney D. Tedrowe (*pro hac vice*)
Nathan W. Celestine (*pro hac vice*)
MICHAEL, BEST & FRIEDRICH, LLP
444 West Lake Street, Suite 3200
Chicago, IL 60606
Ph: 312.596.5852
Fax: 312.222.0818
*cdtedrowe@michaelbest.com*
*nathan.celestine@michaelbest.com*


Eric A. Johnston
Texas Bar No: 24070009
MICHAEL, BEST & FRIEDRICH, LLP
515 Congress Ave., Suite 2500
Austin, Texas 78701
P: (512) 320-0601
F: (877) 398-5240
*eric.johnston@michaelbest.com*
*Counsel for Plaintiff WaterFleet LLC*

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney for Plaintiff, certifies that on September 26, 2025, a true and correct copy of the foregoing ***Plaintiff WaterFleet LLC's Advisory of Intent to Amend*** was served on all parties who are of record via ECF and via email to Defendant's counsel, who has not yet appeared in this action.

      Trenton Lacy
Kaplan Law Firm, PLLC
2901 Bee Cave Rd., Suite G
Austin, TX 78746
tlacy@kaplanlawatx.com

      By: /s/ *Nathan W. Celestine*
Michael, Best & Friedrich, LLP
444 West Lake Street, Suite 3200
Chicago, IL 60606
Ph: 312.596.5852
Fax: 312.222.0818
*nathan.celestine@michaelbest.com*