# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

**WATERFLEET, LLC,**

    *Plaintiff,*

**v.**                                            Case No. SA-25-CV-01090

**CARIE L. VILLANO,**

    *Defendant.*

## **TRANSFER ORDER**

It is hereby ORDERED this civil case assigned to the docket of the undersigned be TRANSFERRED to the docket of United States District Judge Micaela Alvarez for all purposes upon the mutual consent of both judges. Pursuant to the Amended Order Assigning the Business of the Court effective October 15, 2019, the Clerk shall credit the case to the percentage of business of the receiving Judge.

It is so ORDERED.
SIGNED this 29th day of September, 2025.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE