UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**
October 15, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

| | |
|---|---|
| WATERFLEET, LLC, | § |
| Plaintiff, | § |
| v. | §  5:25-CV-01090-MA-HJB |
| CARIE L. VILLANO, | § |
| Defendant. | § |

**ORDER**

This case having now been transferred to the undersigned, this case is hereby referred to Magistrate Judge Henry J. Bemporad for disposition of all pre-trial matters, including dispositive motions. Dispositive motions will then be returned to this Court on a Report and Recommendation.

The duties conferred upon Judge Bemporad by order dated September 4, 2025, remain in effect. Additionally, Judge Bemporad, after consultation with counsel and this Court's calendar, shall set a final pre-trial conference and trial month before this Court, unless the parties consent to trial before the Magistrate Court.

IT IS SO ORDERED.

DONE this 15th day of October, 2025, in San Antonio, Texas.

_____
MICAELA ALVAREZ
SENIOR UNITED STATES DISTRICT JUDGE