# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| WATERFLEET LLC, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL NO. 5-25-cv-01090-JKP-HJB |
| | § | |
| CARIE L. VILLANO, | § | JURY TRIAL REQUESTED |
| *Defendant.* | § | |

## ORDER GRANTING DEFENDANT'S PARTIAL MOTION TO DISMISS

On this ____ day of _____, 2025, the Court considered Defendant Carie L. Villano's Partial Motion to Dismiss Plaintiff's First Amended Complaint under Federal Rule of Civil Procedure 12(b)(6). Having reviewed the motion, the Amended Complaint [Dkt. No. 12], applicable law and being otherwise duly informed, the Court finds that Defendant's motion should be **GRANTED.**

_____
THE HONORABLE JASON PULLIAM
UNITED STATES DISTRICT JUDGE