# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| WATERFLEET LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:25-cv-01090 |
| | ) | |
| v. | ) | Judge Micaela Alvarez |
| | ) | Magistrate Judge Henry J. Bemporad |
| CARIE L. VILLANO, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT PROPOSED SCHEDULING PLAN

Pursuant to the Court's Order Setting Video Initial Pretrial Conference (Dkt. 17), the parties, by and through their undersigned counsel of record, having met and conferred pursuant to Federal Rule of Civil Procedure ("Rule") 26(f) and Rule CV-16(c) of the Local Rules of the Western District of Texas, hereby submit this proposed scheduling order:

1. The parties must make initial disclosures as required by Federal Rule of Civil Procedure 26(a)(1) by **December 3, 2025**. To the extent a defendant knows the identity of a responsible third party contemplated by Texas Civil Practices & Remedies Code § 33.004, such identity is subject to disclosure under Rule 26(a)(1)(A)(i).

2. On or before **July 16, 2026**, the parties must submit a Joint Report indicating their agreement regarding a method of ADR, an ADR provider, the method of compensating the provider, and a date for completing the ADR proceeding no later than the date set out in Paragraph 10 below. *See* Local Rule CV-88(a).

3. Parties asserting claims for relief must submit a written offer of settlement to opposing parties on or before **November 30, 2026** and each opposing party must respond, in writing on or before **December 7, 2026**. All offers of settlement are to be private, not filed. The parties must retain the written offers of settlement and response, as the Court will use these in assessing attorney's fees and costs at the conclusion of the proceedings. At any time, if the parties reach a settlement, they should immediately notify the Court by filing a joint advisory. The joint advisory must state the parties who reached the settlement and whether a settlement conference is required or desired. If a conference is requested, the parties must confer and provide mutually agreeable potential dates for the conference.

4. On or before **February 23, 2026**, the parties must file any motion seeking leave to amend pleadings or join parties. To the extent it may apply in this case, the deadline for Defendant(s) to file a motion to designate responsible third parties, pursuant to Texas Civil Practice & Remedies Code § 33.004(a), is February 23, 2026.

5. Parties asserting claims for relief must file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before **July 16, 2026**.

6. Parties resisting claims for relief must file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before **September 16, 2026**.

7. Parties must file all designations of rebuttal experts and serve on all parties the material required by Federal Rule of Civil Procedure 26(a)(2)(B) for such rebuttal experts, to the extent not already served, on or before **September 30, 2026**.

8. The deadline to file supplemental expert reports required under Federal Rule of Civil Procedure 26(e)(2) is at least 30 days before trial. The parties are advised any report filed under this deadline may only supplement the initial report and may not introduce new opinion or subject matter. This deadline is not intended to provide an extension of the deadline by which a party must deliver the substance of its expert information or opinion.

9. The parties must initiate all discovery procedures in time to complete discovery on or before **June 16, 2026**. Written discovery requests are not timely if they are filed so close to this deadline that under the Federal Rules of Civil Procedure the response would not be due until after the expiration of the deadline. *See* Local Rule CV-16(e). The parties may be agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in exceptional circumstances. *See id*. No trial date setting or other deadline set forth herein will be vacated due to information obtained in post-deadline discovery.

10. Parties must complete the agreed mediation or other ADR proceeding by **November 15, 2026**. At the conclusion of any ADR proceeding, a report must be filed with the Court. *See* Local Rule CV-88(g).

11. On or before **December 22, 2026**, the parties must file any motion to challenge or exclude expert witnesses. Any such motion must specifically state the basis for the motion and identify the objectionable testimony.

12. On or before **November 30, 2026**, the parties must file any dispositive motions, including motions for summary judgment on all or some of the claims. Further, notwithstanding any deadline provided herein, no motion (other than a motion in limine) may be filed after this date except for good cause.

13. An in-person pretrial conference will be held on **March 24, 2027** at **1:30 P.M.**, in a courtroom to be designated by a separate Order issued by the District Court at a later date.

14. An in-person jury selection and trial will be set in **March 2027** by a separate Order issued by the District Court at a later date.

Dated: December 12, 2025                    Respectfully Submitted,

**WATERFLEET, LLC**                          **CARIE L. VILLANO**


By:   /s/ Courtney D. Tedrowe            By:   /s/ Trenton Lacy
Courtney D. Tedrowe (*pro hac vice*)           Trenton Lacy
MICHAEL, BEST & FRIEDRICH, LLP                 KAPLAN LAW FIRM, PLLC
444 West Lake Street, Suite 3200               2901 Bee Cave Rd., Suite G
Chicago, IL 60606                              Austin, TX 78746
Ph: 312.596.5822                               *tlacy@kaplanlawatx.com*
Fax: 312.222.0818                              One of Her Attorneys
*cdtedrowe@michaelbest.com*
One of Its Attorneys




                                              Attorney for Defendant

# CERTIFICATE OF SERVICE

The undersigned certifies that on December 12, 2025, he electronically filed the foregoing *Joint Proposed Scheduling Plan* with the Clerk of the Court using the CM/ECF NextGen system, which will send notification of such filing to the following counsel of record:

        Trenton Lacy
        Kaplan Law Firm, PLLC
        2901 Bee Cave Rd., Suite G
        Austin, TX 78746
        tlacy@kaplanlawatx.com

By: /s/ *Courtney D. Tedrowe*
MICHAEL, BEST & FRIEDRICH, LLP
444 West Lake Street, Suite 3200
Chicago, IL 60606
Ph: 312.596.5822
Fax: 312.222.0818
*cdtedrowe@michaelbest.com*