**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **WATERFLEET LLC,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL NO. 5-25-cv-01090-MA-HJB** |
| | § | |
| **CARIE L. VILLANO,** | § | **JURY TRIAL REQUESTED** |
| *Defendant.* | § | |

## <u>ORDER DENYING PLAINTIFF-COUNTERDEFENDANT'S MOTION TO DISMISS</u>

On this day, the Court considered the Plaintiff-Counterdefendant's Motion to Dismiss. After considering the motion, the response, and the reply, if any, the Court finds that the Motion should be DENIED in its entirety. It is, therefore,

ORDERED that Plaintiff-Counterdefendant's Motion to Dismiss is hereby DENIED.

SIGNED this____day of_____, 2026.

_____
Judge Presiding